| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BREYER, STEPHEN G | 2. Court or Organization U.S. SUPREME COURT | 3. Date of Report 5/15/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) ASSOC. JUSTICE SUPREME COURT | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/04 to 12/31/04 |
| 7. Chambers or Office Address SUPREME COURT OF UNITED STATES 1 FIRST STREET, N.E. WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see p. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (honorary) | DANA-FARBER CANCER INSTITUTE |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 13 P 3:03

RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BREYER, STEPHEN G | 5/15/05 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | PSYCHOLOGY PRACTICE |
| 2. | 2004 | DANA-FARBER CANCER INSTITUTE -SALARY |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ANNENBERG FOUNDATION TRUST | JANUARY 3 - FEBRUARY 2; RANCHO MIRAGE, CA; (TRANSPORTATION, LODGING AND MEALS) |
| 2. | UNIVERSITY OF LOUISVILLE SCHOOL OF LAW | FEBRUARY 16; LOUISVILLE, KY; BRANDEIS LECTURE (TRANSPORTATION, LODGING AND MEALS) |
| 3. | UNIVERSITY OF VIRGINIA SCHOOL OF LAW | FEBRUARY 28; CHARLOTTESVILLE, VA; PARTICIPANT IN CONFERENCE ON PUBLIC SERVICE (LODGING AND MEALS) |
| 4. | STANFORD UNIVERSITY | MAY 1; STANFORD, CA; PARTICIPANT IN MINORITY ALUMNI CONFERENCE (TRANSPORTATION AND MEALS) |
| 5. | SEVENTH CIRCUIT BAR AND JUDICIAL CONFERENCE | MAY 10; CHICAGO, IL; PARTICIPANT IN PROGRAM WITH JUSTICE STEVENS (TRANSPORTATION, LODGING AND MEALS) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | SOUTHERN METHODIST UNIVERSITY DEDMAN SCHOOL OF LAW AND THE DRAGER FOUNDATION | JULY 17-19; OXFORD, ENGLAND; EUROPEAN-AMERICAN JUDICIAL SUMMIT - PARTICIPANT IN OXFORD CONFERENCE (TRANSPORTATION AND MEALS) |
| 7. | ASPEN INSTITUTE | AUGUST 2-5; ASPEN, CO (TRANSPORTATION) |
| 8. | AMERICAN BAR ASSOCIATION ANNUAL MEETING | AUG 6-8; ATLANTA, GA; LUNCHEON SPEAKER FOR CEELI, BROWN V. BOARD OF EDU PANEL & ABA LALIC MEETING (TRANSPORTATION, LODGING AND MEALS) |
| 9. | AMERICAN COLLEGE OF TRIAL LAWYERS AND BRITISH DEPARTMENT OF CONSTITUTIONAL AFFAIRS | SEPTEMBER 10-15; LONDON, ENGLAND, ANGLO AMERICAN EXCHANGE (TRANSPORTATION, LODGING AND MEALS) |
| 10. | THE LAWYERS' CLUB OF CHICAGO | NOVEMBER 10; CHICAGO, IL (TRANSPORTATION, LODGING AND MEALS) |
| 11. | H RVA UNIVERSITY | NOVEMBER 17-19; CAMBRIDGE, MA; TANNER LECTURES (TRANSPORTATION AND MEALS) |
| 12. | PILGRIM SOCIETY | DECEMBER 21; PLYMOUTH, MA; FOREFATHERS DAY- WILLIAM BRADFORD AWARD (TRANSPORTATION AND MEALS) |
| 13. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 5/15/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. CENTOCOR CPR - RESTRICTED | | None | J | W | None | | | | |
| 3. GENZYME CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 4. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 5. COUPON TREASURY RECEIPT | | None | K | T | None | | | | |
| 6. CERT ACCRUAL TSY | | None | J | T | None | | | | |
| 7. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | J | T | None | | | | |
| 8. U.S. TREASURY NOTE 8/15/04 | A | Interest | | | Redemption | 8/15 | J | A | |
| 9. U.S. TREASURY NOTE 8/31/05 | A | Interest | K | T | Buy | 8/11 | K | | |
| 10. U.S. TREASURY NOTE 11/15/06 | A | Interest | L | T | Buy | 8/11 | L | | |
| 11. IRA ACCOUNT: | | | | | | | | | |
| 12. SCUDDER INCOME FUND | A | Dividend | K | T | None | | | | |
| 13. SCUDDER LARGE COMPANY VALUE FUND | B | Dividend | | | Merger | 12/17 | L | | See Part VIII |
| 14. SCUDDER LARGE CAPITAL VALUE FUND | | None | L | T | Merger | 12/17 | L | | See Part VIII |
| 15. OTHER HOLDINGS: | | | | | | | | | |
| 16. CLAFLIN III INVESTORS ASSOCIATES (PARTNERSHIP) | A | Interest | J | U | None | | | | |
| 17. SCUDDER INCOME FUND - IRA | B | Dividend | K | T | None | | | | |
| 18. BANK OF AMERICA - CHECKING (FORMERLY FLEET NAT'L BANK) | A | Interest | J | T | None | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 5/15/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | TIAA/CREF | D | Interest | P1 | T | None | | | | |
| 20. | TRUST: | | | | | | | | | |
| 21. | DMC APARTMENT FUND I (PARTNERSHIP) | A | Rent | J | U | None | | | | |
| 22. | CHINA PARTNERS L.P. | C | Dividend | L | U | None | | | | |
| 23. | CLAFLIN CAPITAL, VI | D | Dividend | K | U | Distribution | 8/9 | J | | See Part VIII |
| 24. | WINDSOR FUND | A | Dividend | J | T | None | | | | |
| 25. | AUTOMATIC DATA PROCESSING COMMOM STOCK | A | Dividend | L | T | None | | | | |
| 26. | COCA COLA CO. COMMON STOCK | A | Dividend | | | Sell | 10/13 | K | C | |
| 27. | SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 28. | GILETTE CO. COMMON STOCK | B | Dividend | L | T | None | | | | |
| 29. | MERCK & CO. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 30. | STATE STREET BANK IMMA | A | Interest | J | T | None | | | | |
| 31. | CINTAS CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 32. | SYSCO CORP. COMMON STOCK | B | Dividend | M | T | None | | | | |
| 33. | STATE STREET CORP. COMMON STOCK | A | Dividend | L | T | Buy | 10/13 | K | | |
| 34. | VANGUARD S&P 500 INDEX FUND | C | Dividend | M | T | None | | | | |
| 35. | U.S. TREASURY 5/15/2004 | A | Interest | | | Redemption | 5/15 | J | A | |
| 36. | RAYTHEON CO. COMMON STOCK - NEW | B | Dividend | | | Sell | 10/13 | L | D | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 5/15/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. POINT THERAPEUTICS INC - COMMON STOCK | A | None | | T | Distribution | 8/9 | J | | See Part VIII |
| 38. U.S. TREASURY 8/31/2005 | A | Interest | L | T | Buy | 8/19 | L | | |
| 39. PEPSICO INC. - COMMON STOCK | | None | L | T | Buy | 10/13 | K | | |
| 40. COLGATE-PALMOLIVE CO - COMMON STOCK | A | Dividend | L | T | Buy | 10/13 | K | | |
| 41. OTHER ASSETS: | | | | | | | | | |
| 42. NATIONAL CITY CORP. COMMON STOCK | B | Dividend | L | T | None | | | | |
| 43. HUBBELL INC. CLASS B COMMON STOCK | A | Dividend | K | T | None | | | | |
| 44. WAL-MART STORES INC. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 45. COLGATE-PALMOLIVE COMMON STOCK | A | Dividend | K | T | None | | | | |
| 46. SCUDDER MANAGED MUNICIPAL BONDS | D | Interest | M | T | Partial Sale | 4/13 | K | A | |
| 47. SCUDDER MANAGED MUNICIPAL BONDS | | | | | Partial Sale | 8/5 | J | A | |
| 48. SCUDDER MANAGED MUNICIPAL BONDS | | | | | Partial Sale | 11/9 | J | A | |
| 49. SCUDDER MANAGED MUNICIPAL BONDS | | | | | Partial Sale | 11/12 | J | A | |
| 50. SCUDDER MANAGED MUNICIPAL BONDS | | | | | Buy | Var | J | | |
| 51. SCUDDER INSTITUTIONAL MONEY MARKET FUND | A | Dividend | | | Redemption | Var | J | | See Part VIII |
| 52. SCHERING-PLOUGH CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 53. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | None | | | | |
| 54. BARCLAY'S BANK SAVINGS ACCOUNT | A | Dividend | K | T | None | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $6,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 5/15/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. PEARSON ORD. STOCK | F | Dividend | P1 | T | None | | | | |
| 56. RENTAL PROPERTY - NEVIS-WEST INDIES | A | Rent | M | W | None | | | | |
| 57. DMC REGENCY RESIDENCE LTD. | A | Rent | K | U | None | | | | |
| 58. LLOYD'S BANK | A | Interest | J | T | None | | | | |
| 59. WELLS FARGO & CO. COMMON STOCK | B | Dividend | K | T | None | | | | |
| 60. BP AMOCO PLC ADR | A | Dividend | K | T | None | | | | |
| 61. TOTAL FINA SA SPONSORED ADR | B | Dividend | K | T | None | | | | |
| 62. NOKIA CORP. ADR | B | Dividend | L | T | None | | | | |
| 63. LAZARD BROTHERS SAVINGS ACCOUNT | A | Interest | J | T | None | | | | |
| 64. LAND IN CONCORD, MA | | None | L | W | None | | | | |
| 65. LAND IN PLAINFIELD, NH | | None | N | W | None | | | | |
| 66. CAMBRIDGE TRUST COMPANY | A | Interest | J | T | None | | | | |
| 67. AIMCO PROPERTIES LP | D | Rent | M | T | None | | | | |
| 68. ALLTELL CORP - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 69. BANK OF AMERICA CORP - COMMON STOCK | B | Dividend | K | T | Stock Split | 8/27 | | | See Part VIII |
| 70. CARDINAL HEALTH INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 71. DUKE ENERGY CORP - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 72. EXELON CORPORATION - COMMON STOCK | B | Dividend | L | T | Stock Split | 5/5 | | | See Part VIII |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,901-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 5/15/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. FANNIE MAE - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 74. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 75. IBM - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 76. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 77. PACCAR INC - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 78. PROCTER & GAMBLE CO - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 79. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 80. UNITED TECHNOLOGIES CORP - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 81. VERITAS SOFTWARE CORP - COMMON STOCK | | None | K | T | None | | | | |
| 82. AMGEN INC - COMMON STOCK | | None | K | T | None | | | | |
| 83. CISCO SYSTEMS INC - COMMON STOCK | | None | K | T | None | | | | |
| 84. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 85. GANNETT CO - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 86. SCUDDER MASS TAX FREE FUND | D | Interest | M | T | Buy | Var | J | | |
| 87. KOHL'S CORPORATION - COMMON STOCK | | None | K | T | None | | | | |
| 88. SSGA MONEY MARKET FUND | A | Dividend | J | T | Buy | Var | J | | See Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$60,000 |
|---|---|---|---|---|---|
| | F = $60,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.

<span style="background:black">      </span>

NEW YORK, NEW YORK 10022

PART IV: LINE 13 & 14:  Scudder Large Company Value Fund merged into Scudder Large Capital Value Fund on 12/17/04.

PART IV: LINE 23 & 37:  On 8/9/04, Claflin Capital VI distributed shares of Point Therapeutics Inc to its partners.

PART IV: LINE 51 & 88:  During 2004 available cash funds were switched from being invested in the Scudder Institutional Money Market Fund to the SSGA Money Market Fund.

PART IV: LINE 69:  2 for 1 Stock Split on 8/27/04.

PART IV: LINE 72:  2 for 1 Stock Split on 5/5/04.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date __May 11, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544